NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Third-Party Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BOLVANIA MOSES, for herself and as Parent and Next Friend of SHALENE MOSES, a Minor,<br><br>        Plaintiffs,<br>  v.<br><br>CE2 ENGINEERS, INC., and CITY OF MOUNTAIN VILLAGE,<br><br>        Defendants. | Case No. 3:06-cv-<br><br>**UNITED STATES' NOTICE OF REMOVAL** |
| CITY OF MOUNTAIN VILLAGE,<br><br>        Third-Party Plaintiff,<br>  v.<br><br>ASA'CARSARMIUT TRIBAL COUNCIL, and ASA'CARSARMUIT TRIBAL COUNCIL HOUSING AUTHORITY,<br><br>        Third-Party Defendants. | |

| | |
|---|---|
| CE2 ENGINEERS, INC., | |
|       Third-Party Plaintiff, | |
| v. | |
| YUKON-KUSKOKWIM HEALTH CORPORATION, | |
|       Third-Party Defendant. | |

The United States, through counsel, notifies the Federal District Court that it removed this action from state court. The notice is based on the following:

1. The Third Party Plaintiff,CE2Engineers, Inc., filed its Third-Party Complaint for Equitable Apportionment against the Defendant, Yukon Kuskokwim Health Corporation ("YKHC") in the Superior Court for the State of Alaska at Bethel. The plaintiff alleges that YKHC committed torts such as Medical Malpractice. The Department of Health and Human Services, Office of General Counsel, and the United States Attorney have determined that YKHC, was carrying out a contract pursuant to Pub. L. 93-638 at the time of the alleged actions set forth in the Third-Party Plaintiff's Complaint. Thereafter, the United States Attorney certified that YKHC is deemed a federal employee.

2. On August 22, 2006, the Third-Party Plaintiff served YKHC a copy of the summons and Third-Party Complaint. The United States Attorney has not been served

Moses v. CE2 Engineers, Inc., et al.
Case No. 3:06-cv-    2

Case 4:06-cv-00033-RRB   Document 1   Filed 10/10/06   Page 2 of 4

with any of the pleadings in this case as of the date of the filing of this Notice of Removal; however, a copy of the summons and Third-Party Complaint served on YKHC is attached hereto as Exhibit A.

    3.    This Notice of Removal is brought pursuant to 28 U.S.C. § 2679 (d)(2).

    4.    Notice of Filing Removal of a Civil Action together with a copy of this Notice are simultaneously being filed by mail in the state court where the action is pending.

    Respectfully submitted, on October 10, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

Moses v. CE2 Engineers, Inc., et al.
Case No. 3:06-cv-    3

Case 4:06-cv-00033-RRB   Document 1   Filed 10/10/06   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006,
a copy of the foregoing UNITED STATES'
NOTICE OF REMOVAL was served by U. S. Mail on:

Matthew Widmer
Angstman Law Office
PO Box 585
Bethel, AK 99559

Chris Cooke
Cooke, Roosa & Valcarce
PO Box 409
Bethel, AK 99559

Michael Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, AK 99501

Samuel J. Fortier
Fortier & Mikko, P.C.
101 West Benson Blvd., Suite 304
Anchorage, AK 99503

Steven Hutchins
Birch Horton Bittner & Cherot
1127 W. 7th Ave.,
Anchorage, Ak 99501-3399


s/ Susan J. Lindquist

Moses v. CE2 Engineers, Inc., et al.
Case No. 3:06-cv-      4